UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CASE NO. CR413-007 |
| ) | |
| JACK LEE BROWN,           ) | |
| ) | |
| Defendant.           ) | |

**O R D E R**

Before the Court is the Government's Motion for Clarification. (Doc. 948.) This Court previously denied Defendant's Motion for Compassionate Release. (Doc. 947.) In its motion, the Government requests clarification of the Court's order denying Defendant Jack Lee Brown's Motion for Compassionate Release. (Id. at 1.) The Government, in contrast to its response to Defendant's motion for compassionate release, now states that Defendant's type 2 diabetes qualifies as an extraordinary and compelling reason justifying compassionate release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13 and Defendant's hypertension "might" qualify. (Id. at 5-6.) After careful consideration, however, the Court finds no reason to disturb its prior order. Accordingly, the Government's motion (Doc. 948) is **DENIED**.

SO ORDERED this 24th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA