IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 413-007-05 |
| | * | |
| JACK LEE BROWN | * | |

O R D E R

Defendant Jack Lee Brown moves for early termination of supervised release.

Defendant had been part of a large drug conspiracy involving multiple defendants. On July 15, 2013, he pled guilty to a lesser included conspiratorial drug offense than that for which he was indicted. Defendant was then sentenced on November 25, 2013, to serve 112 months imprisonment followed by five years of supervised release. On June 11, 2015, Defendant's sentence was reduced to 91 months based upon a retroactive guideline change under 18 U.S.C. § 3582(c)(2).

Defendant's supervised release term began on June 22, 2021; he has served three years of his five-year term. Defendant has been compliant with all terms of his supervised release except he has one significant violation. In December 2021, Defendant tested positive for cocaine use. The Court also notes that a prior term of federal supervised release was revoked when Defendant tested positive for cocaine use. There is little doubt that Defendant's

conduct has been trending in a positive direction for some time. Nevertheless, and upon advice of the United States Probation Office, the Court concludes that the community and the Defendant himself would benefit from continued supervision. Accordingly, the Court **DENIES** Defendant's motion for early termination of supervised release (doc. 998).

**ORDER ENTERED** at Augusta, Georgia, this 21st day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA